IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR120 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSIE ATKISSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to continue (Filing No. 11). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; sentencing in this matter is rescheduled for:

**Wednesday, September 15, 2010, at 9 a.m.**,

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 9th day of July, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court